IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**RECEIVED**

__Mr. Marquette Mukes__

JUL -7 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

(Enter above the full name of the plaintiff or plaintiffs in this action.)

vs.

__Hardeman County Corr. Fac.__ Lt. Smith
__Segregational staff who are__ Sgt. Clark
__working segregation housing__
(Enter above the full name of the defendant Sgt. Nunnally; grievance board
or defendants in this action.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.   Previous Lawsuits
  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

  B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
   Plaintiffs: __Mr. Marquette Mukes__

   Defendants: __Hardeman County Corr. Fac. Staff, employee etc.__

   2. Court (if federal court, name the district; if state court, name the county): __Western Division__
   3. Docket Number: __No. 1:23-CV-01015-SHM-tmp__
   4. Name of judge to whom case was assigned: __Judge Samuel H. Mays Jr.__
   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   6. Approximate date of filing lawsuit: __03/29/2023__
   7. Approximate date of disposition: __04/24/2023__

-1-

Revised 4/18/08

II.  Place of Present Confinement: Hardeman County Corr. Fac. (Same Place)
   A. Is there a prisoner grievance procedure in the institution?
                                                                 Yes (✓)  No ( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?                                                    Yes ()   No ()
   C. If your answer is Yes:
      1. What steps did you take? Sgt. Nunnally is gerrymandering inmate Mr. Mukes imminent-danger complaint of P.R.E.A. + abuse!
      2. What was the result? None at all these people are refusing to ship Mr. Mukes so that he can be driven mentally unstable...
   D. If your answer is No, explain why not: _____

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff Mr. Marquette Mukes
      Address 2520 Union Spring Rd Whiteville TN. 38075

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant Lt. Smith and all staff working segregation is employed as staff over segregation housing...
      at _____

   C. Additional Defendants: Staff, employee etc. in segregation housing.

IV. Statement of Claim Imminent Danger of Defamation by P.R.E.A...
   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

Mr. Mukes is constantly being sexually violated by segregation staff, employee etc... Numerous grievance complaints to the lady over grievance board Sgt. Nunnally. Mr. Mukes complaints are totally being ignored six years of incarceration. And now Mr. Mukes is on psyche-meds due to not being able to sleep from P.R.E.A. by staff...

Revised 4/18/08

Statement of Claim:

Dear, U.S. District Court.

Like Mr. Mukes has once complained about the descrepency, of Grievance Board of Sgt. Nunnally. Here an inmate complaining about, being sexually violated, physically everyday, in segregation isolated housing. A situation not very hard to conclude or evaluate has continued to be, gerrymandered or over-looked. By Grievance Board Sgt. Nunnally, my mental-state of constant being forced to stay at a L.G.B.T.Q populated staff. Is a absolute garuntee that these people, are driving Mr. Mukes mentally unstable with no doubt. That due to the fact Mukes is already on psyche-med there is no way how, he is responsible for his own actions. WHEN EVER! Mr. Mukes is released from this, mental-institution he see's no way he can bare with. The cruel + unusual punishment of mental anger and emotional stress, makes Mr. Mukes ultimately homicidal...
Just tell me on what planet, is a inmate in prison forced to live under P.R.E.A. conditions while the inmate is housed in segregation. There is no consented sex in prison's of T.D.O.C.

Mr. Marquette Mukes

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A 48hr investigation of full caption as to why Hardeman (Surveillance) County Corr. Fac, staff, employee etc, is continously being noticed entering and exiting segregation cell 33 painted to 217. And a inquiry as to why Mr. Mukes is bein cruelty unusual punish of mental anger and emotional stress. Never mind how strong Mr. Mukes is. This is foul and inhumane care...

VI. Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 30 day of June, 20 23.

Mr. Marquette Mukes

_____
(Signature of Plaintiff/Plaintiffs)