```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION


MARQUETTE MUKES,                    )
                                    )
     Plaintiff,                     )
                                    )
vs.                                 )    No. 23-1136-SHM-tmp
                                    )
HARDEMAN COUNTY CORRECTIONAL        )
FACILITY, ET AL.,                   )
                                    )
     Defendants.                    )
```

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed on October 13, 2023, certifying that an appeal would not be taken in good faith, notifying Mukes of the appellate filing fee, and recommending this dismissal be treated as a strike pursuant to 28 U.S.C. § 1915(g).

## APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October 13, 2023                         WENDY R. OLIVER
DATE                                     CLERK

                                          */s/ Jairo Mendez*
                                         (By) DEPUTY CLERK